UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 Case No. 16-md-02741-VC |
|---|---|
| This document relates to: *SEE ATTACHMENT* | **ORDER GRANTING DEFENDANT MONSANTO COMPANY'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF PRETRIAL ORDERS NO. 313, 317, 319, 324, AND 326**<br><br>Re: Dkt. No. 20450 |

The request for leave to file a motion for reconsideration of the Court's Pretrial Orders No. 313, 317, 319, 324, and 326—which denied in whole or in part Monsanto's motions to exclude Plaintiffs' experts Drs. Martyn Smith, Mark Levin, Kristan Aronson, Kevin Knopf, and Solomon Hamburg respectively—is granted. The brief filed by Monsanto in support of that request is deemed the motion for reconsideration. Lead Plaintiffs' counsel shall file a response to the motion for reconsideration no later than 7 days from the date of this order. Counsel for the individual plaintiffs impacted by the motion may also file a response by that same day if they wish.

**IT IS SO ORDERED.**

Dated: April 10, 2025

_____
VINCE CHHABRIA
United States District Judge

## ATTACHMENT

| No. | Case Name | Case No. |
|---|---|---|
| 1. | Belfleur, Jean | 20-cv-00621 |
| 2. | Berenfeld, Sharon | 18-cv-01428 |
| 3. | Daulton, Renee Theresa | 20-cv-08518 |
| 4. | Drons, Robert | 20-cv-08167 |
| 5. | El-Hakam, Bakri | 21-cv-09937 |
| 6. | Fleischhauer, Dieter | 21-cv-05971 |
| 7. | Fox, Susan | 20-cv-08847 |
| 8. | Glassman, Philip | 20-cv-00024 |
| 9. | Gordon, Garfield | 19-cv-06423 |
| 10. | Haase, Caryl Ann | 19-cv-05957 |
| 11. | Harris, Douglas | 16-cv-05786 |
| 12. | Hayes, Robin | 21-cv-05398 |
| 13. | Holmes, Christopher | 20-cv-03363 |
| 14. | Huntley, Carol | 19-cv-06407 |
| 15. | Kay, Linda | 21-cv-00175 |
| 16. | McDermott, Michael | 20-cv-07219 |
| 17. | Penalver, Jorge | 20-cv-08801 |
| 18. | Pinheiro, Paula | 20-cv-08173 |
| 19. | Proctor, Mark | 21-cv-00172 |
| 20. | Romano, Nathan P. | 20-cv-06194 |
| 21. | Rubin, Joel | 20-cv-05870 |
| 22. | Skonicki, Barbara | 20-cv-08053 |
| 23. | Sullivan, Patrick | 22-cv-00092 |
| 24. | Tudal, Steven | 20-cv-05871 |
| 25. | Vander Groef, Chris | 19-cv-07858 |
| 26. | Levy, Robert | 21-cv-07643 |